# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**BRYANT RAYNARD PAYNE,**

    **Plaintiff,**

v.                                                       **Case No. 4:22-cv-317-AW-MAF**

**WARDEN HILL, et al.,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

After Bryant Raynard Payne filed this pro se prisoner lawsuit, the magistrate judge screened it pursuant to the Prison Litigation Reform Act. The magistrate judge identified numerous deficiencies and directed Payne to file an amended complaint. ECF No. 4. The magistrate judge warned that failure to comply could result in a recommendation for dismissal. *Id.* at 14. Payne never complied, and the magistrate judge did recommend dismissal. ECF No. 5. Payne has filed no objection.

Having considered the report and recommendation (ECF No. 5), I agree that dismissal is appropriate because Payne has not complied with a court order and has abandoned the case. I approve the report and recommendation, and I direct the clerk to enter judgment that says, "This case is dismissed for failure to comply with a court order and failure to prosecute." The clerk will then close the file.

1

SO ORDERED on November 21, 2022.

s/ *Allen Winsor*  
United States District Judge